No. 80–6297. CODA *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 80–6300. JOHN *v.* JOSEPH. C. A. 3d Cir. Certiorari denied.

No. 80–6305. TRUPPI *v.* CONNECTICUT. Sup. Ct. Conn. Certiorari denied.

No. 80–6308. WEDDELL *v.* MEIERHENRY, ATTORNEY GENERAL OF SOUTH DAKOTA. C. A. 8th Cir. Certiorari denied.

No. 80–6310. GAMBLE *v.* JONES, SHERIFF, ET AL. C. A. 5th Cir. Certiorari denied.

No. 80–6312. HOLLAND *v.* RICHTMYER. Sup. Ct. Va. Certiorari denied.

No. 80–6370. GARCIA-YEPES *v.* UNITED STATES; and
No. 80–6420. DELOS-RIOS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. Reported below: 642 F. 2d 42.

No. 80–6376. SCANLON *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 80–6391. MAR *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 80–6396. BLAIR *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 80–6402. ROBLES-SANDOVAL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 80–6404. FOX *v.* SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 9th Cir. Certiorari denied.

No. 80–6407. GAFFNEY *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.